No. 74–450. BUTTERFIELD, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. *v.* ROBERTSON ET AL. C. A. D. C. Cir. [Certiorari granted, 419 U. S. 1067.] Motion of Mary Helen Sears for leave to participate in oral argument as *amicus curiae* denied.

No. 74–121. PHELPS, RECEIVER IN BANKRUPTCY *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 419 U. S. 1068.] Motion to postpone oral argument denied.

No. 74–676. ESTELLE, CORRECTIONS DIRECTOR *v.* WILLIAMS. C. A. 5th Cir. [Certiorari granted, 420 U. S. 907.] Motion for appointment of counsel granted. It is ordered that Ben L. Aderholt, Esquire, of Houston, Tex., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 74–878. NATIONAL LEAGUE OF CITIES ET AL. *v.* DUNLOP, SECRETARY OF LABOR; and

No. 74–879. CALIFORNIA *v.* DUNLOP, SECRETARY OF LABOR. Appeals from D. C. D. C. [Probable jurisdiction noted, 420 U. S. 906.] Motion of Harrison A. Williams, Jr., et al. for leave to file a brief as *amici curiae* granted.

No. 74–882. DE CANAS ET AL. *v.* BICA ET AL. Ct. App. Cal., 2d App. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 74–5116. MURPHY *v.* FLORIDA. C. A. 5th Cir. [Certiorari granted, 419 U. S. 1088.] Motion of respondent to permit William L. Rogers, Esquire, to argue *pro hac vice* granted.